### STATE OF NORTH CAROLINA v. LARRY FAISON

No. 744SC462

(Filed 17 July 1974)

ON *Certiorari* to review defendant's trial before *Cohoon, Judge,* 12 June 1973 Session of Superior Court held in ONSLOW County. Heard in the Court of Appeals 28 May 1974.

This is a criminal action wherein the defendant, Larry Faison, was charged in a three-count bill of indictment, proper in form, with felonious breaking or entering, larceny, and receiving; and the jury returned a verdict of guilty to felonious breaking or entering and larceny.

From a judgment that defendant be imprisoned for not less than seven years nor more than ten years, the defendant petitioned this court for a writ of certiorari, which was allowed on 10 April 1974.

*Attorney General Robert Morgan by Associate Attorney Thomas M. Ringer, Jr., for the State.*

*Joseph C. Olschner for defendant appellant.*

HEDRICK, Judge.

Conceding he can find no error, defendant's counsel requests this court to examine the record to determine if error was committed in defendant's trial. Accordingly, we have carefully examined the record and find that the defendant had a fair trial, free from prejudicial error.

No error.

Judges MORRIS and BALEY concur.